**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000109
23-FEB-2016
09:53 AM**

NO. CAAP-13-0000109

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JACQUELINE TAMMAN, Plaintiff-Appellee,
v.
SAMI TAMMAN, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 07-1-1120)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1/])

The Memorandum Opinion of the court, filed on December 31, 2015, is hereby corrected as follows:

1.  On page 2, in the first line, the date "January 4, 2013" should be corrected to "January 14, 2013."

2.  On page 9, in the eighth line, "[of]" should be inserted between "disregard" and "or" so that as corrected, the text reads: "" . . . willful disregard [of] or gross indifference to . . . .""

---

[1/] Nakamura, Chief Judge, and Leonard and Ginoza, JJ.

3.    On page 10, in the eleventh line of the first full paragraph, "[of]" should be inserted between "disregard" and "or" so that as corrected, the text reads: " . . . "willful disregard [of] or gross indifference to" . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, February 23, 2016.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge